UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAW'S SUPERMARKETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN BELLE FROZEN FOODS, INC. AND SHAW'S SOUTHERN BELLE FROZEN FOODS, INC., <br><br> Defendants. | C.A. No. 04-10573 RWZ |

## STIPULATION ON TIME TO RESPOND TO THE COMPLAINT

The Plaintiff and the Defendants in the above-captioned matter hereby stipulate that the Defendants will have through the end of the business day on Friday, October 1, 2004, to answer or otherwise respond to the Plaintiff's Complaint.

SHAW'S SUPERMARKETS, INC.
By its attorneys,

_____
H. Josephine Hameline BBO # 218710
Geri L. Haight BBO # 638185
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

SOUTHERN BELLE FROZEN
FOODS, INC. AND SHAW'S
SOUTHERN BELLE FROZEN
FOODS, INC.
By its attorneys,

_____
Anthony A. Scibelli BBO # 556507
Scibelli and Whiteley, LLP
Old City Hall
45 School Street
Boston, MA 02109
(617) 227-5725

Dated: September 16, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on _____.