UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAW'S SUPERMARKETS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-10573 RWZ |
| ) | |
| v. ) | |
| ) | |
| SOUTHERN BELLE FROZEN FOODS, ) | |
| INC. AND SHAW'S SOUTHERN BELLE ) | |
| FROZEN FOODS, INC., ) | |
| ) | |
| Defendants. ) | |

FILED
IN CLERK'S OFFICE

2004 SEP 30  A 11: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

## STIPULATION ON TIME TO RESPOND TO THE COMPLAINT

The Plaintiff and the Defendants in the above-captioned matter hereby stipulate that the Defendants will have through the end of the business day on Monday, November 1, 2004, to answer or otherwise respond to the Plaintiff's Complaint.

SHAW'S SUPERMARKETS, INC.
By its attorneys,

_/s/ Geri Haight / by AAS_
H. Josephine Hameline BBO # 218710
Geri L. Haight BBO # 638185
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

SOUTHERN BELLE FROZEN
FOODS, INC. AND SHAW'S
SOUTHERN BELLE FROZEN
FOODS, INC.
By its attorneys,

_/s/ Anthony A. Scibelli_
Anthony A. Scibelli BBO # 556507
Scibelli and Whiteley, LLP
Old City Hall
45 School Street
Boston, MA 02109
(617) 227-5725

Dated: September 30, 2004

# SCIBELLI AND WHITELEY, LLP

Old City Hall
45 School Street, 3rd Floor, Boston, MA 02108
617-227-5725 • Fax 617-722-6003
www.swsllp.com

*Partners*
Anthony A. Scibelli
Joseph L. Stanganelli
Brian E. Whiteley

Douglas A. Markham, *Of Counsel*
Susan M. Curtin, *Of Counsel*
Alex Hahn, *Associate*

FILED
IN CLERKS OFFICE

2004 SEP 30  A II: 03

U.S. DISTRICT COURT
DISTRICT OF MASS

September 30, 2004

**By Hand Delivery**

Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA 02110

Re:  **Shaw's Supermarkets, Inc., v. Southern Belle Frozen Foods, Inc.
     and Shaw's Southern Belle Frozen Foods, Inc.
     <u>Civil Action No. 04-10573 RWZ</u>**

Dear Sir/Madam:

Enclosed for filing in the above-referenced matter please find a Stipulation on Time to Respond to the Complaint.

Thank you for your attention to this matter.

Sincerely,

*Anthony A. Scibelli* lk
Anthony A. Scibelli

AAS:lbk
Enclosures
cc: Auma N. Reggy, Esq.
    Geri L. Haight, Esq.