UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 NOV -1  A 11: 13

|  |  |
|---|---|
| SHAW'S SUPERMARKETS, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-10573 RWZ |
| ) | |
| v. ) | |
| ) | |
| SOUTHERN BELLE FROZEN FOODS, ) | |
| INC. AND SHAW'S SOUTHERN BELLE ) | |
| FROZEN FOODS, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION ON TIME TO RESPOND TO THE COMPLAINT**

The Plaintiff and the Defendants in the above-captioned matter hereby stipulate that the Defendants will have through the end of the business day on Monday, November 15, 2004, to answer or otherwise respond to the Plaintiff's Complaint, as the parties are engaged in informal discussions aimed at resolution.

SHAW'S SUPERMARKETS, INC.
By its attorneys,

_____
H. Josephine Hameline BBO # 218710
Geri L. Haight BBO # 638185
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000

SOUTHERN BELLE FROZEN
FOODS, INC. AND SHAW'S
SOUTHERN BELLE FROZEN
FOODS, INC.
By its attorneys,

_____
Anthony A. Scibelli BBO # 556507
Joseph L. Stanganelli BBO # 628958
Scibelli and Whiteley, LLP
Old City Hall
45 School Street
Boston, MA 02109
(617) 227-5725

Dated: November 1, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand/mail on 11/1/04
_____