UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAW'S SUPERMARKETS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN BELLE FROZEN FOODS, INC. and SHAW'S SOUTHERN BELLE FROZEN FOODS, INC., <br><br> Defendants. | C.A. 04-10573 RWZ |

### DEFENDANTS' STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to LR 7.3(A), Defendants Southern Belle Frozen Foods, Inc. and Shaw's Southern Belle Frozen Foods, Inc. make the following disclosure:

Defendant Shaw's Southern Belle Frozen Foods, Inc. is a wholly-owned subsidiary of Defendant Southern Belle Frozen Foods, Inc.

Anthony A. Scibelli BBO # 556507
Scibelli and Whiteley, LLP
Old City Hall
45 School Street
Boston, MA 02109
Phone (617) 227-5725

OF COUNSEL
John M. Bowler (Ga. Bar No. 071770,
  Pro hac vice application to follow)
Jeffrey C. Morgan (Ga. Bar No. 522667,
  Pro hac vice application to follow)
Auma N. Reggy (Ga. Bar No. 599195,
  Pro hac vice application to follow)
TROUTMAN SANDERS LLP
Co-Counsel for Defendants Southern Belle Frozen Foods, Inc. and Shaw's Southern Belle Frozen Foods, Inc.
600 Peachtree St., N.E., Ste. 5200
Atlanta, GA  30308-2216
Phone:  404-885-3000

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Statement of Disclosure was served upon all parties to the above cause to each of the attorneys of record herein via first class U.S. mail on this 15th day of November, 2004 at their respective addresses as follows:

| H. Joseph Hameline<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, Massachusetts 02111 | Geri L. Haight<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, Massachusetts 02111 |
|---|---|

_____
Anthony A. Scibelli