UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAW'S SUPERMARKET, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SOUTHERN BELLE FROZEN FOODS, )<br>INC. AND SHAW'S SOUTHERN BELLE )<br>FROZEN FOODS, INC. )<br>)<br>Defendants. )<br>) | C.A. No. 04-10573 WGY |

## NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

TO THE CLERK OF COURT AND COUNSEL FOR ALL PARTIES OF RECORD:

PLEASE NOTE the change of firm name and address for counsel for Shaw's Supermarket, Inc. The new name and address, effective November 30, 2004, are as follows:

SCIBELLI, WHITELEY AND STANGANELLI, LLP

50 Federal Street, 5th Floor

Boston, MA 02110

Please make the proper changes to your dockets and records. Note that phone and facsimile numbers and email addresses remain the same. Thank you for your attention to this matter.

SOUTHERN BELLE FROZEN
FOODS, INC. AND SHAW'S
SOUTHERN BELLE FROZEN
FOODS, INC.
By it's attorneys,

_____
Anthony A. Scibelli BBO #
Scibelli and Whiteley, LLP
Old City Hall
45 School Street
Boston, MA 02109
(617) 227-5725