UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHAW'S SUPERMARKET
    Plaintiff

V.

CIVIL ACTION:04-10473-RWZ

SOUTHERN BELLE
    Defendant

## ORDER OF DISMISSAL

ZOBEL, D.J.                                   FEBRUARY 8, 2005

    The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

By the Court,

s/ Lisa A. Urso
Deputy Clerk

30day.ord