UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| SHAW'S SUPERMARKETS, INC., <br> Plaintiff, <br> v. <br> SOUTHERN BELLE FROZEN FOODS, INC. AND SHAW'S SOUTHERN BELLE FROZEN FOODS, INC., <br> Defendants. | C.A. No. 04-10573 RWZ |

## JOINT STIPULATION OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), and by joint stipulation of the parties, Plaintiff Shaw's Supermarkets, Inc. and Defendants Southern Belle Frozen Foods, Inc. and Shaw's Southern Belle Frozen Foods, Inc. hereby stipulate and agree to the dismissal of all claims in the above-captioned matter with prejudice and without rights of appeal. Each party will bear its own costs and attorneys' fees.

| SHAW'S SUPERMARKETS, INC., | SOUTHERN BELLE FROZEN FOODS, INC. AND SHAW'S SOUTHERN BELLE FROZEN FOODS, INC., |
|---|---|
| By its attorneys, | By its attorneys, |
| _/s/ H. Joseph Hameline_ <br> H. Joseph Hameline, BBO #218710 <br> Geri L. Haight, BBO #638185 <br> Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. <br> One Financial Center <br> Boston, MA 02111 <br> (617) 542-6000 <br> Dated: April 5, 2005 | _/s/ Anthony A. Scibelli_ <br> Anthony A. Scibelli, BBO #556507 <br> Scibelli, Whiteley and Stanganelli, LLP <br> 50 Federal Street, 5th Floor <br> Boston, MA 02110 <br> (617) 227-5725 |

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on:

_/s/ 4-5-05_